[No. 67602-4-I.   Division One.   July 23, 2012.]

*In the Matter of the Dependency of* T.C.U.

CHRISTOPHER MICHAEL URGA, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-01151-6, Patricia H. Clark, J., entered August 10, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Spearman, JJ.

[No. 67872-8-I.   Division One.   July 23, 2012.]

*In the Matter of the Dependency of* R.A.M.R.-V.L.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ARTURO MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-01389-6, Carol A. Schapira, J., entered October 7, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Schindler, J.

[No. 40810-4-II.   Division Two.   July 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN WOOTEN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00857-1, Nelson E. Hunt, J., entered May 26, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, J.; Armstrong, J., dissenting.